No. 75–1002. JOSEPH SKILKEN & CO. ET AL. *v.* CITY OF TOLEDO ET AL. C. A. 6th Cir. Motion of petitioners to grant certiorari and set case for oral argument with *Village of Arlington Heights* v. *Metropolitan Housing Development Corp.* [certiorari granted, 423 U. S. 1030] denied.

No. 75–1064. KREMENS, HOSPITAL DIRECTOR, ET AL. *v.* BARTLEY ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 424 U. S. 964.] Motion of the Supreme Court of Pennsylvania for leave to file a brief as *amicus curiae* denied.

No. 75–1261. BUTZ, SECRETARY OF AGRICULTURE *v.* HEIN ET AL.; and

No. 75–1355. BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. *v.* HEIN ET AL. Appeals from D. C. S. D. Iowa. [Probable jurisdiction noted, *ante,* p. 904.] Motion for appointment of counsel granted and Robert Bartels, Esquire, of Iowa City, Iowa, is appointed pursuant to this Court's Rule 53 (7) to serve as counsel for appellee Hein in these cases.

No. 75–1450. DEPARTMENT OF SOCIAL SERVICES OF IOWA *v.* WEST HEIGHT MANOR, INC.; and BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. *v.* HUTCHISON NURSING HOME, INC., ET AL. Sup. Ct. Iowa. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–1583. MORRIS ET AL. *v.* GRESSETTE, PRESIDENT PRO TEM, SOUTH CAROLINA SENATE, ET AL. Appeal from D. C. S. C. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–6511. SAHLEY *v.* CALIFORNIA ET AL. Motion for leave to file petition for writ of habeas corpus denied.